UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDERICK FIELDS,

        Petitioner,

                              CASE NO. 2:08-CV-10285

v.                              HONORABLE PATRICK J. DUGGAN

THOMAS BIRKETT,

        Respondent.

_____/

## ORDER GRANTING PETITIONER'S REQUEST FOR DOCKET ENTRIES

At a session of said Court, held in the U.S. District
Courthouse, City of Detroit, County of Wayne,
State of Michigan on April 1, 2008

PRESENT: HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

This matter is before the Court on Petitioner's request for a copy of the Court's docket entries for this case. Petitioner seeks to ensure that his amended habeas petition has been filed with the Court. Having considered the matter, the Court **GRANTS** Petitioner's request and directs the Clerk of the Court to provide him with a copy of the docket for this case.

**IT IS SO ORDERED**.

                              S/Patrick J. Duggan
                              Patrick J. Duggan
                              United States District Judge

Dated: April 1, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 1, 2008, by electronic and/or ordinary mail.

                              S/Marilyn Orem
                              Case Manager