# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FREDERICK FIELDS,

    Petitioner,

v.　　　　　　　　　　　　　　　　　　　　　　Case Number: 08-cv-10285
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Patrick J. Duggan

THOMAS BIRKETT,

    Respondent.
_____/

## JUDGMENT

Petitioner Frederick Fields filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In an Opinion and Order issued on this date, the Court denied Petitioner's request for habeas relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

　　　　　　　　　　　　　　　　　　　　　　　s/PATRICK J. DUGGAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATE DISTRICT JUDGE

DATED: October 26, 2009
Copies To:
Frederick Fields #372350
Oaks Correctional Facility
1500 Caberfae Highway
Manistee, MI 49660

Andrew L. Shirvell, A.A.G.